■ In the Matter of ANONYMOUS, an Applicant for Admission to the Bar. [26 NYS3d 890]—

Per Curiam. Applicant passed the New York State bar exam in July 2012. After a hearing, this Court's Committee on Character and Fitness issued a decision recommending disapproval of the application. Applicant now petitions for an order granting his application for admission to practice notwithstanding the Committee's decision (*see* Rules of App Div, 3d Dept [22 NYCRR] § 805.1 [m]).

Applicant was disbarred in New Jersey in 2006 for knowingly misappropriating escrow and client trust funds. The Committee commended his efforts at rehabilitation but nevertheless concluded that he does not possess the character and general fitness requisite for an attorney and counselor-at-law (*see* Judiciary Law § 90 [1] [a]).

We conclude that the Committee acted in accordance with the relevant Court rule (*see* Rules of App Div, 3d Dept [22 NYCRR] § 805.1) and made a reasonable decision based on the record.

McCarthy, J.P., Egan Jr., Lynch, Devine and Clark, JJ., concur. Ordered that the petition is denied.